Entered: August 13, 2010
Signed: August 13, 2010
**SO ORDERED**
**HEARING IS SCHEDULED FOR OCTOBER 18, 2010 AT 2:30 P.M.**

Case 10-17936   Doc 23   Filed 08/13/10   Page 1 of 2



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| 222 West Monument, LLC | * | Case No.   10-17936 |
| | * | Chapter   11 |
| | * | |
| Debtor(s) | * | |

## ORDER SETTING STATUS CONFERENCE

After examination of the record, it appears to the court that this is an appropriate case for the court to conduct a status conference pursuant to 11 U.S.C. § 105(d).

**Hearing will be held
in Courtroom 2A of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland**.

At the status conference the court will take up the following matters:

1. Preliminary outline of debtor's plan.

2. Establishment of a date for the filing by the debtor of a disclosure statement and plan.

3. Reducing or increasing the periods set out in 11 U.S.C. § 1121(b).

4. Scheduling litigation that may be necessary to facilitate the processing of this case.

5. Setting a budget for compensation to be paid to counsel for the debtor and any committee and any other professionals retained under an order of court.

6. Conversion of this case to another chapter.

No later than fourteen (14) days before the scheduled hearing, counsel for the debtor shall serve upon the United States Trustee, all secured creditors or their counsel of record, and the ten (10) largest unsecured creditors or their counsel of record, a copy of this order, together with a copy of debtor's agenda for the administration of this case.

SO ORDERED:

Disc-4.11  --  12/1/09

**End of Order**